UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERAZ ALI, an individual,<br><br>                Plaintiff,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, and Does 1 through 50, inclusive,<br>                Defendants. | Case No.: **2:24−CV−00326−TLN−CSK**<br><br>**ORDER ON STIPLUATION TO EXTEND THE MOTION FOR SUMMARY JUDGMENT FILING DEADLINE**<br><br>Complaint Filed: December 27, 2023<br>Removed: January 26, 2024 |

1

**ORDER ON STIPLUATION TO EXTEND THE MOTION FOR SUMMARY JUDGMENT FILING DEADLINE – Case No. 2:24−CV−00326−TLN−CSK**

The Court has considered the Stipulation to Extend The Motion for Summary Judgment Filing Deadline, and finds that good cause exists to continue the filing deadline for any Motion for Summary Judgment to August 13, 2025.

Dated: July 11, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE